No. 99–5831.  STEWART *v.* SCOTT, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 99–5843.  DUPARD *v.* CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 99–5844.  DUREN *v.* HALEY, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 99–5846.  HARRIS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 99–5850.  CLARK *v.* NASSAU COUNTY, NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 99–5852.  PINK *v.* UNITED STATES POSTAL SERVICE ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 99–5856.  POWELL *v.* OHIO.  Ct. App. Ohio, Summit County.  Certiorari denied.

No. 99–5857.  SOVAK *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 99–5859.  FOSTER *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 99–5861.  HERNANDEZ *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 99–5871.  HILL *v.* DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 99–5874.  HINSON *v.* FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 99–5889.  WILLIAMS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.